**STATE v. PERKINS**

[368 N.C. 341 (2015)]

STATE OF NORTH CAROLINA
v.
GREGORY ALDON PERKINS

No. 332PA14

Filed 25 September 2015

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, ___ N.C. App. ___, 763 S.E.2d 928 (2014), finding no error after appeal from judgments entered on 4 December 2012 by Judge Paul G. Gessner in Superior Court, Wake County. Heard in the Supreme Court on 31 August 2015.

*Roy Cooper, Attorney General, by Amy Kunstling Irene, Assistant Attorney General, for the State.*

*Glenn Gerding for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.